Justice Breyer,
concurring.
The Court concludes that the officers acted reasonably in searching the house for “‘all firearms and firearm-related items/” Ante, at 548 (emphasis deleted). In support of *557 this conclusion, it cites two sets of circumstances. First, the majority points to “Bowen’s possession of one illegal gun, his gang membership, his willingness to use the gun to kill someone, and his concern about the police . . . Ante, at 549. Second, the majority notes that “[a] reasonable officer also could believe that seizure of the firearms was necessary to prevent further assaults on Kelly,” because “Bowen had already attempted to murder Kelly once with a firearm, and had yelled ‘I’ll kill you’ as she tried to escape from him.” Ibid. In my view, given all these circumstances together, the officers could reasonably have believed that the scope of their search was supported by probable cause. On that basis, I concur.